**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN RE: <u>Billy J Manchester, Jr. and</u>                    CASE NO.: 17-20014
<u>Amy N Manchester</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Ditech Financial LLC fka Green Tree</u><br><u>Servicing LLC</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): <u>11</u>
Amount of Claim: <u>$121,382.01</u>
Date Claim Filed: <u>04/06/2017</u>

Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>0212</u>

Phone: <u>(888) 298-7785</u>
Last Four Digits of Acct #: <u>0067</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Frank Gomez</u>                                    Date: <u>January 30, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN RE: <u>Billy J Manchester, Jr. and</u>                                    CASE NO.: 17-20014
<u>Amy N Manchester</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 30, 2020</u>, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

Billy J Manchester, Jr.
3276 Rustic Lane
Crown Point, IN 46307

Amy N Manchester
3276 Rustic Lane
Crown Point, IN 46307

And via electronic mail to:

Miguel F. Martinez
Law Office of Moseley & Martinez, LLC
8002 Utah Street
Merrillville, IN 46410

Jason R. Moseley
Law Office of Moseley & Martinez, LLC
8002 Utah Street
Merrillville, IN 46410

Paul R. Chael
401 West 84th Drive, Suite C
Merrillville, IN 46410

Nancy J. Gargula
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

                              RAS CRANE LLC
                              Authorized Agent for Secured Creditor
                              10700 Abbott's Bridge Road, Suite 170
                              Duluth, GA 30097
                              Telephone: 470-321-7112
                              Facsimile: 404-393-1425

                              By: <u>/s/ Jessica Norton</u>
                              Email: jnorton@rascrane.com